August 24, 2008

MEMO ENDORSED

60 Day extension Granted.

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 8/26/08     │
└─────────────────────────┘
```

Jones v. Harris et. al.
08-CIV-4003 (CM)

*[Judge's signature]*
8/26/08

Dear Judge McMahon

I wrote to you August 15, 2008 confirming that Attorney Frederick H. Wen Assistant Attorney General 120 Broadway representing defendants superintendant Luis R. Marshall and defendant Ashley Harris had informed me that officer R. Allen had not been served as of yet, but he had failed to state the reason why, which in turn means that he and I both are in need of a time extention, he had requested a 60 day time extention which extends to october 20, 2008. I also requested a extention of time and since I had failed to state for how long, and since I have no Idea why officer R. Allen had not been served with summons and complaint as of yet, may I request my extention for the same deadline as defendants? which is october 20, 2008 since neither of us no how long, or why officer R. Allen the last and remaining defendant in Jones V. Harris et. al. 08-CIV-4003 had not been served by the united States Marshalls, the date on my summons is April 29, 200_ I had 120 days from that date to served defendants.

Respectfully Submitted
Robert Jones
Robert Jones 90A6339 Pro-Se
Sing Sing Corr. fac.
354 hunter Street
Ossining, new york, 1056_

Frederick H. Wen
Assistant Attorney General
120 Broadway
New York, New York, 10271

Copies mailed/faxed/handed to counsel on 8/26/08

United States District Court
Southern District of New York

Jones V. officer A. Harris et al,

08-CIV-4003 (CM)
AFFIRMATION OF SERVICE

I Robert Jones declare under the penalty of perjury that I have served a copy of the attached notice for a time extention for the specified date of October 20, 2008 on August 24, 2008 I served the Assistant Attorney General representing defendants Luis R. Marshall Superintendant of Sing Sing Corr. fac, and also the Attorney for officer Ashley Harris of Sing Sing Corr. fac, the Attorney who's name is Frederick H. Wen who's address is Assistant Attorney General Frederick H. Wen 120 Broadway, New York, New York, 10271

August 24, 2008
Westchester County
New York,

Robert Jones Pro-Se
Sing Sing Corr. fac
354 hunter street
Ossining, new york
10562